NUMBER13-07-059-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


LISA L. TAYLOR, Appellant,


v.



GINENE M. ROGLER-BROWN, ET AL., Appellees.

_______________________________________________________


On appeal from the 404th District Court


of Cameron County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, LISA L. TAYLOR, perfected an appeal from a judgment entered by the 
 404th District Court of Cameron County, Texas, in cause number 2004-12-5947-G. 
Appellant has failed to pay the $125.00 filing fee in this matter. 


 On March 27, 2007, notice was given to all parties that this appeal was subject
to dismissal because of appellant's failure to comply with this Court's previous notice
regarding the filing fee in this matter. Appellant was advised that, if the filing fee was
not paid within ten days from the date of receipt of this notice, the appeal would be
dismissed. See Tex. R. App. P. 42.3(c). To date, appellant has failed to tender the
$125.00 filing fee or otherwise respond to this Court's notice.

 The Court, having examined and fully considered the documents on file,
appellant's failure to remit the $125.00 filing fee, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed. The appeal
is hereby DISMISSED.


 PER CURIAM


Memorandum Opinion delivered and filed

this the 7th day of June, 2007.